**Bogatz & Associates, P.C.**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JOHN P. WITUCKI, ESQ.
Nevada Bar No. 10800
3455 Cliff Shadows Parkway
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@isbnv.com
jwitucki@isbnv.com
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL W. BLANCHARD, an individual; MARYNN BLANCHARD, an individual; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:10-cv-00986-MMD-VCF<br><br>Consolidated with cases:<br>2:10-cv-00991<br>2:10-cv-00992<br>2:10-cv-00993<br>2:10-cv-00994 |

**STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Integrated Financial Associates, Inc. ("IFA"), by and through its counsel, the law firm of Bogatz & Associates, P.C., and Defendants Randall W. Blanchard and Marynn Blanchard (the "Blanchards" and together with IFA, the "Parties"), by and through their counsel, the law firm of Snell & Wilmer L.L.P., and pursuant to a certain settlement agreement entered into between the Parties and approved by the Bankruptcy Court in IFA's Chapter 11 bankruptcy case, that the above-captioned case and consolidated cases be dismissed in their entirety with prejudice, and that each Party shall bear its own costs, expenses and attorney fees.

**BOGATZ & ASSOCIATES, P.C.**
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
(702) 776-7000   FAX:  (702) 776-7900

1  IT IS FURTHER STIPULATED AND AGREED that this case shall be closed.

Dated this 8th day of April, 2013

BOGATZ & ASSOCIATES, P.C.

By: __/s/ John P. Witucki, Esq.__
    I. Scott Bogatz, Esq.
    Nevada Bar No. 3367
    John P. Witucki, Esq.
    Nevada Bar No. 10800
    3455 Cliff Shadows Parkway, Suite 110
    Las Vegas, Nevada 89129
    *Attorneys for the Plaintiff*

Dated this 8th day of April, 2013

SNELL & WILMER L.L.P.

By: __/s/ John S. Delikanakis, Esq.__
    John S. Delikanakis, Esq.
    Nevada Bar No. 5928
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
    Telephone (702) 784-5200
    Facsimile (702) 784-5252
    *Attorneys for the Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __April 9, 2013_____